CITY OF NEW YORK, Respondent, *v.* IDLEWILD BEACH CO., INC., et al., Appellants.

Supreme Court, Appellate Term, First Department, May 25, 1944.

*Nathan D. Shapiro* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Julius Isaacs, Leo Brown* and *Albert S. Hartman* of counsel), for respondent.

Judgment affirmed, with costs.

Concur: SHIENTAG, McLAUGHLIN and HECHT, JJ.